# EXHIBIT O

Non-limiting example of infringement based on information presently available (draft/subject to revision).
Claim preamble may not serve as a limitation.



# U.S. Patent No. 7,418,392: Amazon Echo Dot 5th Generation[1]

| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| A method of controlling a device by voice commands comprising: | Amazon performs the method of controlling a device by voice commands.<br><br>Alexa is Amazon's cloud-based intelligent voice service platform deployed on devices such as the Echo Dot. A user can speak voice commands to control these devices. | Source: https://developer.amazon.com/en-US/alexa/devices<br><br>**What are Alexa Built-in Devices?**<br><br>The world's leading OEMs offer Alexa Built-in devices that let customers talk directly with Alexa through a microphone and speaker. Alexa turns your device into a smart device, and expands its capabilities. Customers can ask Alexa for help with everyday tasks and entertainment, and control Alexa connected devices or their own device.<br><br>Source: https://developer.amazon.com/en-US/alexa/devices/alexa-built-in<br><br>**Automatic Speech Recognition (ASR)**<br><br>The first Alexa system to receive data is Automatic Speech Recognition (ASR). It takes the audio stream and turns it into a text string (or set of possible text strings) that are sent to the Natural Language Understanding (NLU) system.<br><br>Source: https://d1.awsstatic.com/product-marketing/A4B/White%20Paper%20-%20Alexa%20Privacy%20and%20Data%20Handling%20Overview.pdf (pg 2).<br><br>**Small size, big possibilities**<br><br>Our most popular smart speaker features a sleek design and improved audio for vibrant sound anywhere in your home. With Echo Dot, you can stay on track with help from Alexa, control compatible smart home devices and start routines with your motion.<br><br>Source: https://www.amazon.com/dp/B09B8V1LZ3?ref=ods_ucc_aucc_cnce_nrc_ucc |

---

[1] Although this claim chart uses an Amazon Echo Dot 5th Gen as an example to demonstrate infringement, other Amazon products that feature a light source that varies in intensity in response to voices also infringe. A partial list of such devices includes: Echo Pop, Echo Spot (2024), Echo Show 5 (3rd Gen) Kids, Echo Show 8, and Amazon Echo (4th Gen).

Non-limiting example of infringement based on information presently available (draft/subject to revision).
Claim preamble may not serve as a limitation.



| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| storing a plurality of speech synthesis dialogs; | Alexa stores a plurality of speech synthesis dialogs.<br><br>As a non-limiting example, Alexa stores several keywords associated with commands to engage in a particular category of dialog. | [Table 1. Categories of commands and respective key words for Alexa interaction, showing Groups: wake only (Alexa, computer, echo); not parseable ("Text not available. Click to play recording."); music (Fast forward, rewind, play, pause, song, next, pandora, spotify, listen, radio, resume, restart, shuffle, ditty, lullaby); search (who, look up, when did, when will, give me, wikipedia, who are, find, search for, search, what, where, why, how much, how many, how long, who is); IoT (turn on, turn off, kitchen, bedroom, living room, set, downstairs, room, light, door, bedside, living, room, fan, change temperature, dim); volume (volume, louder, up, level); polite conversation (thumbs, hello, thank you, thanks, please, good afternoon, good morning, good evening, good night)]<br><br>Source: https://voiceux.files.wordpress.com/2018/03/tsai.pdf<br><br>[Diagram: "Alexa, Ask Daily Horoscopes about Taurus" labeled wake word, launch, invocation name, utterance]<br><br>The above command has 3 main parts: Wake word, Invocation name, Utterance. (this part is extracted from Kiran Krishnan's article)<br><br>• Wake word<br>When users say 'Alexa' which wakes up the device. The wake word put the Alexa into the listening mode and ready to take instructions from users.<br><br>• Invocation name<br>Invocation name is the keyword used to trigger a specific "skill". Users can combine the invocation name with an action, command or question. All the custom skills must have an invocation name to start it.<br><br>Source: https://medium.com/data-science/how-amazon-alexa-works-your-guide-to-natural-language-processing-ai-7506004709d3 |

Non-limiting example of infringement based on information presently available (draft/subject to revision). Claim preamble may not serve as a limitation.



| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| generating a first dialog of the plurality of speech synthesis dialogs using a speech synthesizer; | Alexa generates a first dialog of the plurality of speech synthesis dialogs using a speech synthesizer. | <br>Source: https://d1.awsstatic.com/product-marketing/A4B/White%20Paper%20-%20Alexa%20Privacy%20and%20Data%20Handling%20Overview.pdf (pg 1)<br><br>Source: https://www.amazon.science/latest-news/the-engineering-behind-alexas-contextual-speech-recognition |

Non-limiting example of infringement based on information presently available (draft/subject to revision).
Claim preamble may not serve as a limitation.



| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| receiving a trigger word from a user; | Alexa receives a trigger word from a user.<br><br>As a non-limiting example, trigger words comprise Alexa's wake words (e.g., "Alexa," "computer," "echo").<br><br>Alexa receives wake words from a user. | <br>Source: https://www.amazon.science/latest-news/the-engineering-behind-alexas-contextual-speech-recognition<br><br>Source: (L) https://medium.com/data-science/how-amazon-alexa-language-processing-ai-7506004709d3; (R) https://voiceux.files.wordpress.com/2018/03/tsai.pdf |

Non-limiting example of infringement based on information presently available (draft/subject to revision).
Claim preamble may not serve as a limitation.



| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| generating a second dialog of the plurality of speech synthesis dialogs using a speech synthesizer if the trigger word is in a first recognition set; | Alexa generates a second dialog of the plurality of speech synthesis dialogs using a speech synthesizer if the trigger word is in a first recognition set. | Source: https://www.amazon.science/latest-news/the-engineering-behind-alexas-contextual-speech-recognition <br><br> Source: (L) https://medium.com/data-science/how-amazon-alexa-works-your-guide-to-natural-language-processing-ai-7506004709d3; (R) https://voiceux.files.wordpress.com/2018/03/tsai.pdf |

US Patent No. 7,418,392 Page 5 of 9

Non-limiting example of infringement based on information presently available (draft/subject to revision).
Claim preamble may not serve as a limitation.



| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| receiving a command word from a user; and | Alexa receives a command word from a user.<br><br>Trigger words also comprise keywords or invocations that trigger an interaction. | Source: (L) https://medium.com/data-science/how-amazon-alexa-works-your-guide-to-natural-language-processing-ai-7506004709d3; (R) https://voiceux.files.wordpress.com/2018/03/tsai.pdf |

Non-limiting example of infringement based on information presently available (draft/subject to revision).
Claim preamble may not serve as a limitation.



| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| executing one of a plurality of predefined algorithms if the command word is in a second recognition set, the plurality of predefined algorithms including varying the power to a light element. | Alexa executes one of a plurality of predefined algorithms if the command word is in a second recognition set, the plurality of algorithms including varying the power to a light element.<br><br>As a non-limiting example, Alexa executes an algorithm to turn on, turn off, or dim a light if it receives the associated command words. | Source: (L) https://medium.com/data-science/how-amazon-alexa-works-your-guide-to-natural-language-processing-ai-7506004709d3; (R) https://voiceux.files.wordpress.com/2018/03/tsai.pdf<br><br>Source: https://medium.com/data-science/how-amazon-alexa-works-your-guide-to-natural-language-processing-ai-7506004709d3 |

Non-limiting example of infringement based on information presently available (draft/subject to revision).
Claim preamble may not serve as a limitation.



| Claim 18 | Analysis | Select Evidence |
|---|---|---|
| The method of claim 16 wherein the plurality of predefined algorithms further includes generating a simulated dialog with a user. | Alexa infringes the method of claim 16 wherein the plurality of predefined algorithms further includes generating a simulated dialog with a user.<br><br>As a non-limiting example, Alexa includes algorithms for engaging in "polite conversation" with a user. | Source: (L) https://medium.com/data-science/how-amazon-alexa-works-your-guide-to-natural-language-processing-ai-7506004709d3; (R) https://voiceux.files.wordpress.com/2018/03/tsai.pdf |

Non-limiting example of infringement based on information presently available (draft/subject to revision). Claim preamble may not serve as a limitation.



| Claim 20 | Analysis | Select Evidence |
|---|---|---|
| The method of claim 16 wherein varying power to a light element comprises toggling the light element between an on state and a dim state or off state. | Alexa infringes the method of claim 16 wherein varying the power to a light element comprises toggling the light element between an on state and a dim state or off state.<br><br>Alexa executes an algorithm to turn on, turn off, or dim a light if it receives the associated command words. | Source: (L) https://medium.com/data-science/how-amazon-alexa-works-your-guide-to-natural-language-processing-ai-7506004709d3; (R) https://voiceux.files.wordpress.com/2018/03/tsai.pdf |