# EXHIBIT T

Non-limiting example of infringement based on information presently available (draft/subject to revision).
Claim preamble may not serve as a limitation.



# U.S. Patent No. 9,142,219: Amazon

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| A method comprising: | Amazon Alexa is a cloud-based, intelligent voice service that is compatible with several platforms such as Amazon Echo[1] devices. A user can talk to these devices with a wake word "Alexa" and then receive voice responses. | Source: https://developer.amazon.com/en-US/alexa/devices/alexa-built-in <br><br> Source: https://www.amazon.com/b?ie=UTF8&node=21576558011 |

---

[1] Although this claim chart uses an Amazon Echo as an example to demonstrate infringement, other Amazon products may infringe for the same or similar reasons.

US Patent No. 9,142,219: Amazon Page 1 of 13

Non-limiting example of infringement based on information presently available (draft/subject to revision).
Claim preamble may not serve as a limitation.



| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| receiving, by a computing device, an acoustic input signal at a speech recognizer, | The Amazon Echo device has a Wake Word Engine ("first stage recognizer") that spots a wake word in a user utterance. An Alexa cloud module ("a computing device") then receives an audio signal from the woken Echo device. | Voice-initiated devices begin to stream user speech to AVS when the wake word engine detects a spoken wake word, such as "Alexa." The stream closes when the user stops speaking or when AVS identifies a user intent, and AVS returns a `StopCapture` directive to the device. Cloud-based wake word verification has the following requirements:<br><br>Source: https://developer.amazon.com/en-GB/docs/alexa/alexa-voice-service/enable-cloud-based-wake-word-verification.html<br><br>How Does an Echo Detect its Wake Word and Send Audio to the Alexa Cloud?<br><br>Amazon Echo devices are designed to use on-device keyword spotting to detect the wake word and only the wake word. Unless the microphone is turned off (discussed below), this technology inspects acoustic patterns in the room to detect when the wake word has been spoken using a short, on-device buffer that is continuously overwritten. There are multiple algorithms running on the Echo device looking for the specified wake word. At this point no audio is sent to the Alexa cloud.<br><br>Source: https://d1.awsstatic.com/product-marketing/A4B/White%20Paper%20-%20Alexa%20Privacy%20and%20Data%20Handling%20Overview.pdf |
| | To detect the wake word, the Wake Word Engine | Source: https://d1.awsstatic.com/product-marketing/A4B/White%20Paper%20-%20Alexa%20Privacy%20and%20Data%20Handling%20Overview.pdf (pg. 4, 1) |

US Patent No. 9,142,219: Amazon Page 2 of 13

Non-limiting example of infringement based on information presently available (draft/subject to revision). Claim preamble may not serve as a limitation.



| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | looks for specific keywords in the audio signal to wake up the device. Words such as "Alexa", "computer" and "echo" are classified under the 'wake only' category, such that if the audio contains any of these words, the device wakes up and transmits the signal to Alexa Cloud. | 4. **Wake Word Engine** - The component that reads the audio samples written to the shared memory ring buffer and analyzes the audio samples for occurrences of the wake word. The procedure of reading and processing audio samples occurs in a loop. For example, the loop reads N samples starting at location `0`; then analyzes the samples for an occurrence of the wake word. In the next iteration, it reads and analyzes the next N samples. When an occurrence of the wake word is detected, the wake word engine must identify two locations: 1) the start of the wake word, and 2) the end of the wake word. These values are stored as `startIndexInSamples` and `endIndexInSamples`.<br><br>Source: https://developer.amazon.com/en-US/docs/alexa/alexa-voice-service/implement-ww-verification.html<br><br>Source: (L) https://voiceux.files.wordpress.com/2018/03/tsai.pdf; (R) https://developer.amazon.com/en-US/docs/alexa/alexa-voice-service/implement-ww-verification.html |

Non-limiting example of infringement based on information presently available (draft/subject to revision). Claim preamble may not serve as a limitation.



| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| identifying, by the computing device, a user that is speaking based on the acoustic input signal; | Amazon's Alexa uses voice profiles of users to identify a user based on their voice characteristics. | You can enroll your Amazon Profile in Alexa as an Alexa Profile. Alexa Profiles gives each person in your home their own individual Alexa experience. You can create an Alexa Profile for you and your family members when setting up your device. Alexa Profiles can be created from your device after setup. Select an existing Amazon Profile on your Amazon Account or create a new Amazon Profile. Existing Amazon Profiles include profiles enrolled in other programs, like Prime Video.<br><br>**Voice ID**<br><br>You can create an Alexa voice ID for your Alexa Profile. With an Alexa voice ID, you'll get personal content and features when Alexa recognizes your voice. To create an Alexa voice ID, go to Create an Alexa Voice ID. You can also create a voice ID for kids in the Alexa app by going to **Settings > Amazon Kids**.<br><br>Source: https://www.amazon.com/gp/help/customer/display.html?nodeId=GLE4EVA2VLDRQDLC<br><br>19. How does voice ID work?<br><br>You can create a voice ID, so Alexa can call you by name and do more to personalize your experience. When you create a voice ID, Alexa uses recordings of your voice to create an acoustic model of your voice characteristics and to update that model over time to improve Alexa's ability to recognize you. Alexa stores these acoustic models in the cloud. If your voice ID is not recognized for 18 months, we will automatically delete the acoustic model for your voice. If Alexa recognizes your voice when you are using a third-party skill, that skill may receive a numeric identifier that allows it to distinguish you from other users in your household to better personalize your experience. You can delete your voice ID or turn off<br>Source: https://www.amazon.com/gp/help/customer/display.html?nodeId=201602230 |

Non-limiting example of infringement based on information presently available (draft/subject to revision).
Claim preamble may not serve as a limitation.



| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| recognizing, by the computing device via the speech recognizer, speech uttered by the user in the acoustic input signal; | Once the wake word is detected by the Echo device, the audio signal is recognized by the device and sent to the cloud.<br><br>The Alexa service in the cloud then activates Automatic Speech Recognition (ASR), Natural Language Processing (NLP) and other systems to recognize and analyze the signal. | When a user says the wake word, "Alexa," and speaks to an Alexa-enabled device, the device streams the speech to the *Alexa service* in the cloud. Alexa recognizes the speech, determines what the user wants, and then sends a request to invoke the skill that can fulfill the request. The Alexa service handles the speech recognition and natural language processing. Your skill runs as a service on a cloud platform. Alexa<br>Source: https://developer.amazon.com/en-US/docs/alexa/ask-overviews/what-is-the-alexa-skills-kit.html#:~:text=When%20a%20user%20says%20the,that%20can%20fulfill%20the%20request.<br><br>processing the audio. If the wake word is verified (or if Alexa was activated using the action button), our ASR and NLU systems process the customer's request so Alexa can respond appropriately. As our speech recognition system analyzes the audio stream, the system continually attempts to determine when the customer's request to Alexa has ended and then immediately ends the audio stream.<br><br>The speech recognition and natural language understanding in the Alexa system are based on machine learning (ML) algorithms. Data sets from real use cases are fed into the various ML systems to build new algorithms and improve existing algorithms. Again, access to speech and derived data in Amazon's ML systems is strictly controlled and audited. Third-party skill developers store data they receive through<br><br>Source: https://d1.awsstatic.com/product-marketing/A4B/White%20Paper%20-%20Alexa%20Privacy%20and%20Data%20Handling%20Overview.pdf (pg. 1, 4 and 7) |

US Patent No. 9,142,219: Amazon Page 5 of 13

Non-limiting example of infringement based on information presently available (draft/subject to revision).
Claim preamble may not serve as a limitation.



| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| determining, by the computing device, speaker-specific information previously stored for the user; | After identifying the user, Alexa determines results based the user's profile or preferences. | **What is skill personalization?**<br><br>An Alexa device might have two or more speakers who interact with it, and multiple devices might be registered to the same Amazon account. Each speaker who interacts with Alexa has different needs, preferences, and accounts on third-party apps. By default, a skill doesn't differentiate individual speakers, and therefore a skill can only personalize responses at the account level. Although a speaker can say, "Alexa, switch my account," to access their own account, not all speakers do this. Also, a speaker might not have their own separate Amazon account.<br>Source: https://developer.amazon.com/en-US/docs/alexa/custom-skills/add-personalization-to-your-skill.html<br><br>Alexa is designed to get smarter every day—this is accomplished through the power of machine learning and the cloud. The more a customer uses Alexa, the more it adapts to their speech patterns, vocabulary, and personal preferences. When the customer says the wake word, their subsequent phrases are processed and stored in the cloud to respond to the customer's request and to improve the customer's experience and our services, including training our speech recognition and natural language understanding systems so Alexa can better understand customers' requests.<br>Source: https://d1.awsstatic.com/product-marketing/A4B/White%20Paper%20-%20Alexa%20Privacy%20and%20Data%20Handling%20Overview.pdf (pg. 6)<br><br>Voice IDs are associated with an Amazon account. Therefore, speaker recognition is separate for each Amazon account. If you want to access personalized skills on more than one Amazon account, make sure your profile is set up in each account with the desired Personalize skills and account linking settings.<br>Source: https://developer.amazon.com/en-US/docs/alexa/custom-skills/test-troubleshoot-personalization.html#manage-customer<br><br>Once a Voice Profile has been created — by reciting 10 phrases to the Alexa app — whenever Alexa hears "Play music" or "Play my messages," the AI assistant will recognize your voice and deliver results based on your profile or previously expressed preferences.<br>Source: https://venturebeat.com/ai/amazons-alexa-now-delivers-personalized-results-for-up-to-10-voices/ |

Non-limiting example of infringement based on information presently available (draft/subject to revision).
Claim preamble may not serve as a limitation.



| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| determining, by the computing device, a set of potential response based on the recognized speech and the speaker-specific information; | Alexa determines a set of potential responses based on the user's voice and personalized information.<br><br>Alexa's voice profiles provide customized results ("response") to users based on their profile or personal preferences ("speaker-specific information").<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>As seen on the right, this is an example of a set of | You can create an Alexa voice ID for a personalized experience when Alexa recognizes your voice. With Alexa voice ID, Alexa can call you by name and provide enhanced personalization. To set up Alexa voice ID, go to Create an Alexa Voice ID.<br><br>With an Alexa voice ID, you can get a personalized experience for:<br><br>• Alexa Calling and Messaging: Send and receive your own personal messages.<br>• Calendar: Hear your personal upcoming schedule and add events to your calendar.<br>• Flash Briefing: Skip stories and news items that you've already heard.<br>• Guest Connect: Connect your account to a friend's eligible Echo device. Once connected, Alexa uses voice recognition to provide you with access to your music and news when you're away from home.<br>• Music: If you have the Amazon Music Unlimited Family Plan, Alexa customizes music playback based on your voice.<br><br>Source: https://www.amazon.com/gp/help/customer/display.html?nodeId=202199330<br><br>Once a Voice Profile has been created — by reciting 10 phrases to the Alexa app — whenever Alexa hears "Play music" or "Play my messages," the AI assistant will recognize your voice and deliver results based on your profile or previously expressed preferences.<br><br>Source: https://venturebeat.com/ai/amazons-alexa-now-delivers-personalized-results-for-up-to-10-voices/<br><br>Interspeech. "Even seemingly simple requests, such as asking for the temperature, can have multiple valid responses depending on surrounding context — for instance, communicating the reading of a connected temperature sensor versus reporting the weather temperature in the user's current location."<br><br>Source: https://www.amazon.science/blog/alexa-at-interspeech-2018-how-interaction-histories-can-improve-speech-understanding |

Non-limiting example of infringement based on information presently available (draft/subject to revision). Claim preamble may not serve as a limitation.



| Claim 1 | Analysis | Select Evidence |
| --- | --- | --- |
|  | responses Alexa determined as a result of the request. | Amazon.com — to help resolve ambiguous requests. For instance, if a customer says, "Alexa, play 'Hello,'" his or her music-listening history should indicate whether the song intended is the one by Adele or the one by Lionel Richie. A simple record of songs played, however, can give a deceptive picture of a customer's tastes. A customer might, for instance, frequently sample music recommended by friends or critics but find it unappealing, or cycle through several songs with similar titles in order to find one heard briefly on the radio, or the like.<br>Source: https://www.amazon.science/blog/alexa-at-interspeech-2018-how-interaction-histories-can-improve-speech-understanding |

Non-limiting example of infringement based on information presently available (draft/subject to revision).
Claim preamble may not serve as a limitation.



| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| ranking, by the computing device, the set of potential responses based on one or more criteria and the speaker-specific information;<br><br>determining, by the computing device for each response in the set of potential responses, whether the response should be output or should not be output based on the response's ranking; and | Alexa will recognize a user that is speaking based on their voice characteristics.<br><br>Alexa will respond accordingly to customer's requests, allowing customers to listen to music, review voice recordings, etc. as they request. | Source: (L) https://d1.awsstatic.com/product-marketing/A4B/White%20Paper%20-%20Alexa%20Privacy%20and%20Data%20Handling%20Overview.pdf (pg. 1); (R) https://venturebeat.com/ai/amazons-alexa-now-delivers-personalized-results-for-up-to-10-voices/<br><br>Source: https://developer.amazon.com/en-US/blogs/alexa/alexa-skills-kit/2019/09/announcing-personalized-alexa-skill-experiences-developer-preview<br><br>These strings, and their related confidence scores, are used to improve speech recognition. The string with the highest score (i.e., the one that Alexa acts on) is also stored and is displayed to the user in the Alexa app.<br>Source: https://d1.awsstatic.com/product-marketing/A4B/White%20Paper%20-%20Alexa%20Privacy%20and%20Data%20Handling%20Overview.pdf (pg. 2) |

Non-limiting example of infringement based on information presently available (draft/subject to revision).
Claim preamble may not serve as a limitation.



| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| if the response should be output:<br><br>selecting, by the computing device from among a plurality of preconfigured output methods, an output method for outputting the response to the user, the selecting being based on the response's ranking; and | Alexa uses a hypothesis ranker for determining the most relevant skill that can meet a user's need based on the request. Hypothesis Rank (HypRank) identifies candidate skills for handling an utterance. Further, within the same skill, varied responses can be determined based on likes, dislikes and interests stored in the voice profile, and thus an appropriate response is determined. | Like most natural-language-understanding networks, ours relies on *embeddings*. An embedding represents a data item as a vector — a sequence of coordinates — of fixed size. The coordinates define points in a multidimensional space, and data items with similar properties are grouped near each other.<br><br>Shortlister has three modules. The first produces a vector representing the customer's utterance. The second uses embeddings to represent all the skills that the customer has explicitly enabled — usually around 10. It then produces a single summary vector of the enabled skills, with some skills receiving extra emphasis, on the basis of the utterance vector.<br><br>Finally, the third module takes as input both the utterance vector and the skill summary vector and produces a shortlist of skills, ranked according to the likelihood that they should execute the customer's request. (A second network, which we call HypRank, for hypothesis ranker, refines that list on the basis of finer-grained contextual information.)<br><br>Source: https://www.amazon.science/blog/how-we-add-new-skills-to-alexas-name-free-skill-selector<br><br>**Deliver the Right Response to the Right Customer**<br><br>When a customer with a voice profile interacts with a compatible skill, Alexa will send that skill a directed identifier, which is a generated string of characters and numbers. Every time that same customer interacts with that same skill on their devices, the same identifier will be shared. The identifier does not contain any personally identifiable information and is different for each voice profile for each skill.<br><br>You can use these identifiers to deliver varied responses within the same skill depending on the Alexa voice profiles within an Alexa account. Custom responses can be in the form of personalized greetings or responses based on the likes, dislikes, and interests of each voice profile. If a voice is not recognized, your skill can fall back to the Amazon account preferences represented by the user object in request JSON. Customers who have set up a voice profile can opt out of skills personalization at any time in the Alexa app.<br><br>Source: https://developer.amazon.com/en-US/blogs/alexa/alexa-skills-kit/2019/09/announcing-personalized-alexa-skill-experiences-developer-preview |

US Patent No. 9,142,219: Amazon Page 10 of 13

Non-limiting example of infringement based on information presently available (draft/subject to revision). Claim preamble may not serve as a limitation.



| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| | | Alexa is designed to get smarter every day—this is accomplished through the power of machine learning and the cloud. The more a customer uses Alexa, the more it adapts to their speech patterns, vocabulary, and personal preferences. When the customer says the wake word, their subsequent phrases are processed and Source: https://d1.awsstatic.com/product-marketing/A4B/White%20Paper%20-%20Alexa%20Privacy%20and%20Data%20Handling%20Overview.pdf (pg. 6) <br><br> **What is skill personalization?** <br> Consider ways that your skill can benefit if you provide content personalized on a per-speaker basis. <br> The following list shows examples of where personalization for recognized speakers could be helpful: <br> • A transit skill might set up separate commutes for each speaker. The skill learns the specific commute for each recognized speaker, and provides content personalized to that speaker. For example, John might have a westbound commute that uses bus 554, and Jane might have a southbound commute that uses bus 124. When Jane asks the skill when she should leave for work, she gets a personalized response about bus 124. <br> • An exercise skill might provide different fitness routines for each recognized speaker. For example, if Mary asks the skill for her fitness routine, she gets a different response than if John asks the skill for his fitness routine. <br><br> Source: https://developer.amazon.com/en-US/docs/alexa/custom-skills/add-personalization-to-your-skill.html <br><br> You can use dynamic entities to develop personalized experiences within a session for your skill customers. For example, suppose you have a list skill called My List Skill, and a customer wants to add milk to the list. <br><br> User: Alexa, open My List Skill <br><br> User: Alexa, ask My List Skill to add milk to my shopping cart <br><br> The skill can upload a slot value from the customer's personal catalog to resolve "milk" to "SomeBrand 2% Organic Milk" based on that user's preferences and shopping patterns with My List Skill. Thus, Alexa can resolve "milk" to be "SomeBrand 2% Organic Milk." <br><br> Slot values are not always static, and they can vary by time or location. Dynamic entities allow your skill to adapt to the dynamic nature of slot values by providing your skill the ability to load entities in runtime. Suppose you have a skill My Food Order for an online food delivery company. <br><br> Source: https://developer.amazon.com/en-US/docs/alexa/custom-skills/use-dynamic-entities-for-customized-interactions.html |

Non-limiting example of infringement based on information presently available (draft/subject to revision).
Claim preamble may not serve as a limitation.



| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| outputting, by the computing device, the response to the user using the selected output method. | Alexa will respond accordingly to customer's requests, allowing customers to listen to music, review voice recordings, etc. as they request. | Data in the Alexa system is used to deliver and improve Amazon's services and as described in Amazon's privacy notice. This includes responding to customers' requests, allowing customers to review and listen to their voice recordings, and training Alexa to better understand and interpret customers' requests. As discussed above, if you use a third-party Alexa skill, Alexa will provide the content of your requests (but not the voice recordings) to the skill so the skill can respond accordingly.<br>Source: https://d1.awsstatic.com/product-marketing/A4B/White%20Paper%20-%20Alexa%20Privacy%20and%20Data%20Handling%20Overview.pdf (pg. 8)<br><br>The most common approach to semi-supervised learning is self-training, in which a machine learning system trained on a smattering of labeled data itself applies labels to a much larger set of unlabeled data. Because machine learning systems are statistical, their outputs have associated confidence scores. The outputs of the system are sorted according to confidence score, and those that fall within the right confidence window are used to train the system further. The system, in other words, is retrained on data that it has labeled itself.<br>Source: https://www.scientificamerican.com/blog/observations/how-alexa-learns/<br><br>Source: https://d1.awsstatic.com/product-marketing/A4B/White%20Paper%20-%20Alexa%20Privacy%20and%20Data%20Handling%20Overview.pdf (pg 1) |

Non-limiting example of infringement based on information presently available (draft/subject to revision).
Claim preamble may not serve as a limitation.



| Claim 4 | Analysis | Select Evidence |
|---|---|---|
| The method of claim 1 wherein the speech recognizer operates in an always on mode and wherein the speech recognizer identifies the user upon receiving a trigger phrase. | If the Echo device is powered on, the Wake Word Engine is always listening ("always on mode") for the trigger phrase (i.e., the wake word). | **So, Alexa is always listening to me?**<br><br>Sort of. The Echo is always listening for the wake word, but it only starts recording and transmitting audio once it thinks it hears it. Echo devices indicate this with that blue ring of light -- when it lights up, that means Alexa is recording and uploading what it hears in order to figure out how to respond.<br><br>[Diagram: Inside the Echo — Wait for wakeword / Wakeword detected? No/YES]<br><br>Source: (L) https://www.cnet.com/home/smart-home/amazon-echo-alexa-everything-you-need-to-know/; (R) https://d1.awsstatic.com/product-marketing/A4B/White%20Paper%20-%20Alexa%20Privacy%20and%20Data%20Handling%20Overview.pdf (pg. 1)<br><br>The following list shows the interaction sequence with the SDK (The process might vary if you've added or removed any components):<br>1. You ask a question, "Alexa, what's the weather?"<br>2. The microphone captures the audio and writes it to the SDS.<br>3. The WWE is always monitoring the SDS. When the WWE detects the wake word Alexa, it sends the audio to the AIP.<br><br>Source: https://developer.amazon.com/fr-FR/docs/alexa/avs-device-sdk/overview.html#sdk-architecture<br><br>Most of the time, the light ring stays off. If the device is plugged in and there are no lights showing, it means the speaker is active and waiting for you to speak the wake word. When you interact with Alexa, you will see white and various tones of blue.<br>Source: https://www.cnet.com/home/smart-home/why-your-amazon-echo-is-blinking-different-colors/ |